**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

MICHAEL M. GOETZ, )
)
    Plaintiff, )
) NO. CV-07-3103-JPH
vs. )
) **JUDGMENT IN A**
MICHAEL J. ASTRUE, ) **CIVIL CASE**
Commissioner of Social Security, )
)
    Defendant. )
)
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 10th day of September, 2008.

                              JAMES R. LARSEN
                              District Court Executive/Clerk


                         by:   s/Pamela A. Howard
                              Deputy Clerk

cc: all counsel